IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAWN JUSTIN,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER

19-cv-580-wmc

Pursuant to a stipulation for remand (dkt. #12) filed by the parties on December 13, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 13th day of December, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge