IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAWN JUSTIN,

    Plaintiff,

v.                                      Case No. 19-cv-580

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Plaintiff be awarded $3,894.61 (three thousand eight hundred ninety-four dollars and sixty-one cents) in fees and $0.00 (zero dollars and zero cents) in costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

Entered on this 21st day of January 2020.

BY THE COURT:

_____
HON. WILLIAM M. CONLEY
United States District Judge